# Third District Court of Appeal
## State of Florida

Opinion filed April 21, 2021.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-270
Lower Tribunal Nos. 413283-X, A3F5V1P,
A3CI41P & 19-276AC

————————————

**Oksana Palamarchuk,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Edward K. Newman, Judge.

Klein Glasser Park & Lowe, P.L., and Andrew M. Feldman and Dominique Brown; Scott F. Kotler, P.A., and Scott F. Kotler, for appellant.

Katherine Fernandez Rundle, State Attorney, and Alex Bergida, Assistant State Attorney, for appellee.

Before LOGUE, SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.